IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.     JESSICA F. LUCAS, | ) | |
| | ) | |
|              Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-1186-D |
| | ) | |
| 1.     FAIRFAX GOLF, LLC, | ) | |
| | ) | |
|              Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate, and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon.  Each party to bear their own fees, and costs.

**RESPECTFULLY SUBMITTED THIS 12th DAY OF AUGUST, 2016.**

s/ Leah M. Roper
Mark Hammons, OBA No. 3748
Amber L. Hurst OBA No. 21231
Leah M. Roper, OBA No. 32107
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: leah@hammonslaw.com
*Counsel for Plaintiff*

 s/Leah M. Avey
*(signed by filing party with permission*)
 Leah M. Avey, OBA #21591
 Terry Stokes, OBA #11177
 Collin R. Walke, OBA #22328
 RUBENSTEIN & PITTS, PLLC
 1503 E. 19th St.
 Edmond, OK 73013
 405-340-1900 / 405-340-1001 – FAX
 lavey@oklawpartners.com
 tstokes@oklawpartners.com
 cwalke@oklawpartners.com
 *Attorneys for Defendant*